IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00342-CV

 

Rayford W. Addington,

                                                                      Appellant

 v.

 

Bank of America, N.A. and 

Shannon James,

                                                                      Appellees

 

 

 



From the 101st District Court

Dallas County, Texas

Trial Court # 02-05788

 



MEMORANDUM 
Opinion



 

          The
parties have filed an agreed motion to dismiss “the entire case with prejudice.”  We construe this as a request to “vacate the
trial court’s judgment and dismiss the case.” 
See Tex. R. App. P. 43.2(e); Young
Materials Corp. v. Smith, 4 S.W.3d 84, 84-85 (Tex. App.—Waco 1999, no pet.).  The motion is granted.  The judgment of the trial court is vacated,
and the case is dismissed with prejudice. 
Pursuant to the parties’ agreement, costs are taxed against the party
incurring same.  Id. 42.1(d), 43.4.




 

 

PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Judgment vacated, case dismissed

Opinion delivered and filed May
 4, 2005

[CV06]